IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| TAMMY PADGETT, and JOEY PADGETT | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV 315-048 |
| | ) | |
| KMART CORPORATION, and | ) | |
| COLONY MILL ENTERPRISES, LLC | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

Plaintiffs filed the above-captioned case asserting state law claims arising from an incident that allegedly occurred on December 21, 2013. (Doc. no. 15.) On May 29, 2015, Defendant Kmart Corporation removed the case to federal court asserting diversity jurisdiction. (Doc. no. 1, p. 2.) After removal, Plaintiffs added Defendant Colony Mill Enterprises, LLC ("Colony Mill"), alleging that Colony Mill is a "National Corporation." (Id. at 1.) Colony Mill asserts that it does not know the meaning of the term "National Corporation," as used by Plaintiffs. (Doc. no. 20, p. 3.) Neither the complaint nor answer provides citizenship of Colony Mill, nor has Colony Mill filed a disclosure statement in compliance with Local Rule 7.1.1.

Therefore, because the Court must ensure a basis for diversity jurisdiction, Colony Mill must file, within fourteen days, its disclosure statement that shall include the identities

of all members of Colony Mill and information sufficient to determine the citizenship of each.

SO ORDERED this 21st day of October, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA