IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| TAMMY PADGETT, and JOEY PADGETT | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV 315-048 |
| | ) | |
| KMART CORPORATION, and | ) | |
| COLONY MILL ENTERPRISES, LLC | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

To clarify instructions and deadlines for pre-trial procedures in this case, the Court supplements its October 16, 2015 Scheduling Order (doc. no. 23) as follows:

PRE-TRIAL ORDER DUE                    May 31, 2016

All provisions of the prior Scheduling Orders (doc. nos. 12, 23) not revised herein shall remain in full force and effect.

SO ORDERED this 13th day of April, 2016, at Augusta, Georgia.

/s/ Brian K. Epps
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA